**Supreme Court**
No. 2025-331-M.P.

In the Matter of Jane I. Coogan.               :

## O R D E R

This matter is before the Court pursuant to a petition for reciprocal discipline, filed by this Court's Disciplinary Counsel in accordance with Article III, Rule 14 of the Supreme Court Rules of Disciplinary Procedure for Attorneys.  The respondent, Jane I. Coogan, was admitted to practice law in this state on September 24, 2008, and was removed from the Master Roll of Attorneys on April 26, 2023, for noncompliance with this Court's mandatory continuing legal education annual reporting requirements.  The respondent also is admitted to the practice of law in the Commonwealth of Massachusetts ("Commonwealth").

On October 7, 2025, a single justice of the Supreme Judicial Court for the Commonwealth issued a Memorandum of Law and Order of Term Suspension/Partially Stayed ("Order") against respondent, effective on November 7, 2024, suspending respondent's license to practice law for a period of six (6) months, with three (3) months stayed, for a period of three (3) months to be served, contingent upon respondent taking a legal education course on a topic approved by the Commonwealth's Office of Bar Counsel; respondent's mandated consultation with the Commonwealth's Law Office Management Assistance Program ("LOMAP")

regarding the e-management of her law practice; and her pledge to implement the recommendations of LOMAP. The respondent has not yet been readmitted to the practice of law in the Commonwealth.

Article III, Rule 14(a), entitled "Reciprocal discipline," provides in pertinent part: "Upon notification from any source that a lawyer within the jurisdiction of the [Disciplinary] Board has been disciplined in another jurisdiction, [Disciplinary] Counsel shall obtain a certified copy of the disciplinary order and file it with the [C]ourt." On October 29, 2024, Disciplinary Counsel filed a certified copy of the Order with this Court along with her request that we impose reciprocal discipline.

On November 5, 2025, this Court issued an Order to respondent providing her thirty days to assert any claim she may have that the reciprocal discipline should not be imposed.

On December 8, 2025, respondent filed a response to the order to show cause, assenting to this Court entering an identical order of reciprocal discipline but requesting that the suspension imposed be made retroactive to the effective date of her suspension in the Commonwealth.

This matter was presented before this Court at our conference on January 8, 2026. After a review of the record, we determine that respondent has failed to show cause why identical reciprocal discipline should not be imposed. We also deny respondent's request for the discipline to be imposed retroactively.

The respondent, Jane I. Coogan, is hereby suspended from the practice of law in this state for six months, with three months stayed contingent on respondent fulfilling the conditions of her stayed suspension in the Commonwealth.

As respondent is currently removed from the Master Roll in this state, and therefore must apply for reinstatement, we order the effective date of her reciprocal suspension to be the date this Court grants her readmission to the Master Roll in this state. When respondent applies for reinstatement in this state, she shall report to Disciplinary Counsel her progress with fulfilling the conditional terms of her stayed suspension in the Commonwealth. If respondent does not fulfill the conditions of the stay in the Commonwealth in a timely manner thus rendering the served suspension in excess of three months, respondent shall immediately report that to Disciplinary Counsel, and the additional portion of the served sentence in the Commonwealth beyond three months shall likewise extend the length of her suspension herein ordered.

Entered as an order of this Court this *23rd* day of *January 2026*.

By Order,

/s/ *Meredith A. Benoit*

Clerk



# STATE OF RHODE ISLAND

## SUPREME COURT – CLERK'S OFFICE
Licht Judicial Complex
250 Benefit Street
Providence, RI  02903

## ORDER COVER SHEET

| | | |
|---|---|---|
| **Title of Case** | In the Matter of Jane I. Coogan. | |
| **Case Number** | No. 2025-331-M.P. | |
| **Date Order Filed** | January 23, 2026 | |
| **Justices** | Suttell, C.J., Goldberg, Robinson, Lynch Prata, and Long, JJ. | |
| **Source of Appeal** | N/A | |
| **Judicial Officer from Lower Court** | N/A | |
| **Attorney(s) on Appeal** | For Petitioner:<br><br>Kerry Reilley Travers, Esq.<br>Chief Disciplinary Counsel | |
| | For Respondent:<br><br>Jane I. Coogan*, pro se* | |